BRIAN T. HAFTER (State Bar No. 173151, bhafter@steefel.com)
STEEFEL, LEVITT & WEISS
A Professional Corporation
One Embarcadero Center, 30th Floor
San Francisco, CA 94111-3719
Telephone: (415) 788-0900
Facsimile: (415) 788-2019

LAUREN REITER BRODY
(Pro Hac Vice, lbrody@torys.com)
CHRISTOPHER M. CAPARELLI
(Pro Hac Vice, ccaparelli@torys.com)
TORYS LLP
237 Park Avenue
New York, NY 10017
Telephone: (212) 880-6000
Facsimile: (212) 682-0200

Attorneys for Defendants
PUTNAM LOVELL GROUP NBF SECURITIES, INC.,
NATIONAL BANK OF CANADA, and
NATIONAL BANK FINANCIAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD H. PUTNAM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PUTNAM LOVELL GROUP NBF SECURITIES, INC., a Delaware corporation, and NATIONAL BANK OF CANADA, a Canadian chartered bank, NATIONAL BANK FINANCIAL, INC., a Quebec corporation; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. CV 05 1330 CW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE HEARING DATE** |

STIPULATION AND ORDER (CASE NO. CV 05 1330 CW)
19187:6453962.1 19187:6453962.1

1

1   The parties to this matter, through their respective counsel of record, DO HEREBY AGREE AND STIPULATE as follows:

1.  The hearing on Defendants' Motion to Dismiss Complaint Under Rule 12(b) for Failure to State a Claim currently scheduled to be heard on July 15, 2005, is hereby continued to August 12, 2005, at 10:00 a.m., in Courtroom 2, 4th Floor

2.  The case management conference also shall proceed on August 12, 2005, at 10:00 a.m., in Courtroom 2, 4th Floor.

IT IS SO STIPULATED:

Dated: June 23, 2005

STEEFEL, LEVITT & WEISS
A Professional Corporation

By: _____
Brian T. Hafter
Attorneys for Defendants
PUTNAM LOVELL GROUP NBF SECURITIES, INC., NATIONAL BANK OF CANADA, and NATIONAL BANK FINANCIAL, INC.

Dated: June __, 2005

KEKER & VAN NEST

See attached signature

By: _____
Christopher C. Kearney
Attorneys for Plaintiff
DONALD H. PUTNAM

Pursuant to the foregoing Stipulation, IT IS SO ORDERED.

Date: _____, 2005

_____
The Honorable Claudia Wilken
United States District Judge

STIPULATION AND ORDER (CV 05 1330 CW)
19187:6453962.1 19187:6453962.1

2

1   The parties to this matter, through their respective counsel of record, DO
2   HEREBY AGREE AND STIPULATE as follows:
3       1.  The hearing on Defendants' Motion to Dismiss Complaint Under Rule
4   12(b) for Failure to State a Claim currently scheduled to be heard on July 15, 2005, is hereby
5   continued to August 12, 2005, at 10:00 a.m., in Courtroom 2, 4th Floor
6       2.  The case management conference also shall proceed on August 12, 2005, at
7   10:00 a.m., in Courtroom 2, 4th Floor.
8   IT IS SO STIPULATED:
9   Dated: June __, 2005                STEEFEL, LEVITT & WEISS
                                         A Professional Corporation

12                                       By:_____
                                            Brian T. Hafter
13                                          Attorneys for Defendants
                                            PUTNAM LOVELL GROUP NBF
14                                          SECURITIES, INC., NATIONAL BANK OF
                                            CANADA, and NATIONAL BANK
15                                          FINANCIAL, INC.

16  Dated: June 22, 2005                 KEKER & VAN NEST

18                                       By:_____
                                            Christopher C. Kearney
19                                          Attorneys for Plaintiff
                                            DONALD H. PUTNAM

22          Pursuant to the foregoing Stipulation, IT IS SO ORDERED.
23  Date: 6/28, 2005                     /s/ CLAUDIA WILKEN
                                         The Honorable Claudia Wilken
24                                       United States District Judge

STIPULATION AND ORDER (CV 05 1330 CW)                                   2
19187:6453962.1  19187:6453962.1

STEEFEL, LEVITT & WEISS
A PROFESSIONAL CORPORATION
ONE EMBARCADERO CENTER · 30TH FLOOR · SAN FRANCISCO, CA 94111-3719
Telephone: (415) 788-0900 · Facsimile: (415) 788-2019