1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  CHRISTOPHER C. KEARNEY - #154101
   DANIEL E. JACKSON - #216091
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Plaintiff
6  DONALD H. PUTNAM

7

8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                               OAKLAND DIVISION
11

12
   DONALD H. PUTNAM, an individual,         Case No. C 05-1330 CW
13
                              Plaintiff,    **STIPULATION AND ORDER
14                                          EXTENDING TIME FOR PLAINTIFF
            v.                              DONALD H. PUTNAM TO FILE HIS
15                                          FIRST AMENDED COMPLAINT**

   PUTNAM LOVELL GROUP NBF
16 SECURITIES, INC., a Delaware corporation,
   and NATIONAL BANK OF CANADA, a
17 Canadian chartered bank; NATIONAL BANK
   FINANCIAL, INC., a Quebec corporation;
18 and DOES 1-20, inclusive,

19                            Defendants.

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF DONALD H. PUTNAM TO
FILE HIS FIRST AMENDED COMPLAINT
CASE NO. C 05-1330 CW

360782.01

1  Plaintiff Donald H. Putnam ("Putnam") and defendants National Bank Financial, Inc.,
2  National Bank of Canada, and Putnam Lovell NBF Securities, Inc. (collectively, "Defendants")
3  hereby stipulate to the following under Civil Local Rules 6-1 and 6-2:
4      1.    Pursuant to this Court's Order of October 5, 2005, Putnam currently has until
5  October 25, 2005 to file his First Amended Complaint.
6      2.    Due to exigencies in other cases and commitments out of town, however,
7  Putnam's counsel would like a small extension of time, to which Defendants stipulate.
8      3.    Previous modifications to the schedule in this case related to the briefing and
9  hearing of Defendants' motion to dismiss; the time for Putnam to file his First Amended
10 Complaint has not previously been extended.
11     4.    The modification to the schedule stipulated herein will not otherwise affect the
12 schedule in this case.
13     5.    Accordingly, the parties hereby stipulate that Putnam shall have an extension of
14 time to file his First Amended Complaint, up to and including November 4, 2005.
15 IT IS SO STIPULATED.

Dated: October 21, 2005                                        KEKER & VAN NEST, LLP

                                        By   /s/ Christopher C. Kearney  _____
                                        CHRISTOPHER C. KEARNEY
                                        Attorneys for Plaintiff
                                        DONALD H. PUTNAM

Dated: October 21, 2005                                        TORYS LLP

                                        By:  /s/ Lauren Reiter Brody _____
                                        LAUREN REITER BRODY
                                        Attorneys for Defendants
                                        PUTNAM LOVELL GROUP NBF
                                        SECURITIES, INC., NATIONAL BANK
                                        OF CANADA, and NATIONAL BANK
                                        FINANCIAL, INC.

1
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF DONALD H. PUTNAM TO
FILE HIS FIRST AMENDED COMPLAINT
CASE NO. C 05-1330 CW

360782.01

1  **ORDER**

2      IT IS SO ORDERED.

3  Dated: 10/25/05             /s/ CLAUDIA WILKEN

4

5

6                      By: _____
                           THE HONORABLE CLAUDIA WILKEN
7                             UNITED STATES DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF DONALD H. PUTNAM TO
FILE HIS FIRST AMENDED COMPLAINT
CASE NO. C 05-1330 CW

360782.01