1 KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
2 CHRISTOPHER C. KEARNEY - #154101
DANIEL E. JACKSON - #216091
3 710 Sansome Street
San Francisco, CA 94111-1704
4 Telephone: (415) 391-5400
Facsimile: (415) 397-7188
5
Attorneys for Plaintiff
6 DONALD H. PUTNAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD H. PUTNAM, an individual,<br><br>                              Plaintiff,<br><br>   v.<br><br>PUTNAM LOVELL NBF SECURITIES, INC., a Delaware corporation, and NATIONAL BANK OF CANADA, a Canadian chartered bank; NATIONAL BANK FINANCIAL, INC., a Quebec corporation; and DOES 1-20, inclusive,<br><br>                              Defendants. | Case No. C 05-1330 CW<br><br>**ORDER GRANTING STIPULATION VACATING THE DISCOVERY CUT-OFF DATES AND CHANGING THE DATE OF THE FURTHER CASE MANAGEMENT CONFERENCE** |

369232.01

STIPULATION AND [PROPOSED] ORDER VACATING THE DISCOVERY CUT-OFF DATES AND
CHANGING THE DATE OF THE FURTHER CASE MANAGEMENT CONFERENCE
CASE NO. C 05-1330 CW

1  Plaintiff Donald H. Putnam ("Putnam") and defendants National Bank Financial, Inc.,
2 National Bank of Canada, and Putnam Lovell NBF Securities, Inc. (collectively, "Defendants")
3 hereby stipulate to the following under Civil Local Rules 6-1 and 6-2:

4  1.  Due to the parties' mediation efforts and other exigencies, the parties agree that
5 the current dates for completion of fact and expert discovery should be vacated and re-set for a
6 later date at the next Case Management Conference.

7  2.  Defendants have filed a separate stipulation changing the date of the hearing on
8 their motion to dismiss to April 7, 2006.

9  3.  The parties agree that, if the Court's calendar allows, it would be expeditious to
10 hold the Further Case Management Conference on April 7, 2006 as well, rather than on the
11 currently-set date of May 12, 2006, so that new discovery cut-off dates can be set, and so that
12 counsel for Defendants do not have to travel from New York for two separate hearings.

13  4.  Previous modifications to the schedule in this case related to the briefing and
14 hearing of Defendants' motions to dismiss and an extension of time for Putnam to file his First
15 Amended Complaint; no changes to the date for completion of discovery or to the date set for the
16 Further Case Management Conference have been requested.

17  5.  The modification to the schedule stipulated herein will not otherwise affect the
18 schedule in this case.

19  6.  Accordingly, the parties hereby stipulate that the discovery cut-off dates should be
20 vacated and re-set at the Further Case Management Conference, to be held on April 7, 2006
21 should the Court require oral argument on Defendants' motion to dismiss the amended
22 complaint.

23  IT IS SO STIPULATED.

24 Dated:  March 15, 2006                                    KEKER & VAN NEST, LLP

25

26

                                                           By   /s/  Christopher C. Kearney
27                                                              CHRISTOPHER C. KEARNEY
                                                                Attorneys for Plaintiff
28                                                              DONALD H. PUTNAM

1

STIPULATION AND [PROPOSED] ORDER VACATING THE DISCOVERY CUT-OFF DATES AND
CHANGING THE DATE OF THE FURTHER CASE MANAGEMENT CONFERENCE
CASE NO. C 05-1330 CW

369232.01

Dated: March 15, 2006                                TORYS LLP


                                        By:  /s/ Lauren Reiter Brody
                                        LAUREN REITER BRODY
                                        Attorneys for Defendants
                                        PUTNAM LOVELL GROUP NBF
                                        SECURITIES, INC., NATIONAL BANK
                                        OF CANADA, and NATIONAL BANK
                                        FINANCIAL, INC.

**ORDER**

IT IS SO ORDERED.

Dated:  3/17/06                         /s/ CLAUDIA WILKEN



                                        By: _____
                                        THE HONORABLE CLAUDIA WILKEN
                                        UNITED STATES DISTRICT COURT JUDGE

2

STIPULATION AND [PROPOSED] ORDER VACATING THE DISCOVERY CUT-OFF DATES AND
CHANGING THE DATE OF THE FURTHER CASE MANAGEMENT CONFERENCE
CASE NO. C 05-1330 CW

369232.01