BRIAN T. HAFTER (State Bar No. 173151, bhafter@steefel.com)
STEEFEL, LEVITT & WEISS
A Professional Corporation
One Embarcadero Center, 30th Floor
San Francisco, California 94111-3719
Telephone:   (415) 788-0900
Facsimile:   (415) 788-2019

LAUREN REITER BRODY
(Pro Hac Vice, lbrody@torys.com)
CHRISTOPHER M. CAPARELLI
(Pro Hac Vice, ccaparelli@torys.com)
TORYS LLP
237 Park Avenue
New York, NY 10017
Telephone:   (212) 880-6000
Facsimile:   (212) 682-0200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD H. PUTNAM, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PUTNAM LOVELL GROUP NBF SECURITIES, INC., a Delaware corporation, and NATIONAL BANK OF CANADA, a Canadian chartered bank, NATIONAL BANK FINANCIAL, INC., a Quebec corporation; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | CASE NO. C 05 1330 CW<br><br>**STIPULATION AND [PROPOSED] ORDER ADJOURNING HEARING DATE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, as follows:

　　　　1.　　Defendants' reply papers in further support of their motion to dismiss plaintiff's first amended complaint shall be served by March 24, 2006.

2. The hearing date for the motion shall be adjourned to April 7, 2006.

Dated: March 15, 2006    TORYS LLP

By: /s/ Lauren Reiter Brody
      Lauren Reiter Brody

Attorneys for Defendants


Dated: March 15, 2006    KEKER & VAN NEST, LLP

By: /s/ Christopher C. Kearney
      Christopher C. Kearney

Attorneys for Plaintiff

So Ordered:

_____
Claudia Wilken
United States District Judge