BRIAN T. HAFTER (State Bar No. 173151, bhafter@steefel.com)
STEEFEL, LEVITT & WEISS
A Professional Corporation
One Embarcadero Center, 30th Floor
San Francisco, California  94111-3719
Telephone:    (415) 788-0900
Facsimile:    (415) 788-2019

LAUREN REITER BRODY
(Pro Hac Vice, lbrody@torys.com)
CHRISTOPHER M. CAPARELLI
(Pro Hac Vice, ccaparelli@torys.com)
TORYS LLP
237 Park Avenue
New York, NY  10017
Telephone:    (212) 880-6000
Facsimile:    (212) 682-0200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD H. PUTNAM, an individual, | CASE NO. C 05 1330 CW |
| Plaintiff, | **STIPULATION AND ORDER ADJOURNING HEARING DATE AND DATE OF THE FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| PUTNAM LOVELL GROUP NBF SECURITIES, INC., a Delaware corporation, and NATIONAL BANK OF CANADA, a Canadian chartered bank, NATIONAL BANK FINANCIAL, INC., a Quebec corporation; and DOES 1-20, inclusive, | |
| Defendants. | |

WHEREAS, pursuant to stipulations of the parties, this Court ordered, on March 17, 2006, that the hearing date of defendants' motion to dismiss plaintiff's first amended complaint is adjourned to April 7, 2006, and the discovery cut-off dates are vacated and are to be re-set at a Further Case Management Conference, currently scheduled for May 12, 2006, but to be

held on April 7, 2006, should the Court desire oral argument on defendants' motion to dismiss the amended complaint;

WHEREAS, an extended outage of defendants' computer network has interfered with, and delayed, completion of defendants' reply papers on their motion to dismiss;

WHEREAS, in view of the computer problems, and to enable defendants to prepare their reply papers, the parties have agreed to adjourn the date of the hearing on the motion to dismiss, in compliance with this Court's Rules;

IT IS HEREBY STIPULATED AND AGREED, as follows:

1. The hearing date for defendants' motion to dismiss plaintiff's amended complaint shall be adjourned to April 21, 2006.

2. The parties agree that, if the Court's calendar allows, it would be expeditious to hold the Further Case Management Conference on April 21, 2006 as well, rather than on the currently-set date of May 12, 2006, so that new discovery cut-off dates can be set.

3. Accordingly, the parties hereby stipulate that should the Court desire oral argument on defendants' motion to dismiss the amended complaint, the Further Case Management Conference shall also be held on April 21, 2006, otherwise it will take place on May 12, 2006 as initially scheduled.

Dated: March 23, 2006         TORYS LLP

                              By: /s/ Lauren Reiter Brody
                                    Lauren Reiter Brody

                              Attorneys for Defendants

Dated: March 23, 2006         KEKER & VAN NEST, LLP

                              By: /s/ Christopher C. Kearney
                                    Christopher C. Kearney

                              Attorneys for Plaintiff

So Ordered:

/s/ CLAUDIA WILKEN
Claudia Wilken
United States District Judge

STIPULATION AND [PROPOSED] ORDER ADJOURNING HEARING DATE AND CHANGING THE DATE OF THE FURTHER CASE MANAGEMENT CONFERENCE   (No. C 05 1330 CW)

2