BRIAN T. HAFTER (State Bar No. 173151, bhafter@steefel.com)
STEEFEL, LEVITT & WEISS
A Professional Corporation
One Embarcadero Center, 30th Floor
San Francisco, California 94111-3719
Telephone:   (415) 788-0900
Facsimile:   (415) 788-2019

LAUREN REITER BRODY
(Pro Hac Vice, lbrody@torys.com)
CHRISTOPHER M. CAPARELLI
(Pro Hac Vice, ccaparelli@torys.com)
TORYS LLP
237 Park Avenue
New York, NY 10017
Telephone:   (212) 880-6000
Facsimile:   (212) 682-0200

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD H. PUTNAM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PUTNAM LOVELL GROUP NBF SECURITIES, INC., a Delaware corporation, and NATIONAL BANK OF CANADA, a Canadian chartered bank, NATIONAL BANK FINANCIAL, INC., a Quebec corporation; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. C 05 1330 CW (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL**<br><br>DATE: JULY 19, 2006<br>TIME: 3:00 P.M.<br>COURTROOM C, 15th FLOOR<br>THE HONORABLE EDWARD M. CHEN |

WHEREAS, plaintiff filed and served a motion to compel defendants to produce documents and answer interrogatories;

WHEREAS, the Court scheduled a hearing on plaintiff's motion for July 19, 2006;

---

STIPULATION AND [PROPOSED] ORDER ENLARGING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL (NO. C 05 1330 CW (EMC))

1

WHEREAS, the parties have continued to meet and confer in an effort to resolve the issues raised by plaintiff's motion;

WHEREAS, the parties have agreed to enlarge defendants' time to file their opposition to plaintiff's motion by two days and to enlarge plaintiff's time to file his reply brief by two days;

WHEREAS, taking into account that plaintiff's time to prepare his reply brief substantially overlaps with the July 4 holiday weekend,

IT IS HEREBY STIPULATED AND AGREED, as follows:

1. Defendants' time to file their brief in opposition to plaintiff's motion to compel is enlarged by two (2) days to and including June 30, 2006; by 12:00 p.m.

2. Plaintiff's time to file his reply brief in further support of plaintiff's motion to compel is enlarged by two (2) days to and including July 7, 2006; by 12:00 p.m.

3. The hearing shall remain scheduled on July 19, 2006 at 3:00 p.m.

Dated: June 28, 2006          TORYS LLP

                              By: /s/ Lauren Reiter Brody
                                  Lauren Reiter Brody

                              Attorneys for Defendants

Dated: June 28, 2006          KEKER & VAN NEST, LLP

                              By: /s/ Christopher C. Kearney
                                  Christopher C. Kearney

                              Attorneys for Plaintiff

So Ordered: (as modified on Lines 10 & 12)

_____
Edward M. Chen
United States Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER ENLARGING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO COMPEL (NO. C 05 1330 CW (EMC))

2