LAW OFFICES
# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

DAN JACKSON
DJACKSON@KVN.COM

July 28, 2006

**VIA EFILING**

Honorable Edward M. Chen
U.S. District Court
Northern District of California
San Francisco Division
Courtroom C, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

     Re:   *Putnam v. Putnam Lovell Group NBF Securities, Inc., et al.*
             *Case No. C 05-1330 CW*

Dear Judge Chen:

     I am writing to inform you that the parties to the above-captioned matter, who are scheduled to appear before you on August 2, 2006, do not anticipate having any issues to present to your Honor at that time because the parties are still working together to reach a resolution of the issues raised in plaintiff's motion to compel. The parties respectfully request a one week extension, to appear for a hearing, if necessary—and if the Court's calendar allows—on August 9, 2006.

                                     Respectfully Submitted,

                                     Dan Jackson

DEJ/sam

cc:   Charles E. Dorkey III, Esq. (via facsimile)

IT IS SO ORDERED that the 8/2/06 motion hearing be reset for 8/9/06 at 9:30 a.m.

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*Magistrate Judge*

377940.01