KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
CHRISTOPHER C. KEARNEY - #154101
DANIEL E. JACKSON - #216091
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
ckearney@kvn.com
djackson@kvn.com

Attorneys for Plaintiff
DONALD H. PUTNAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD H. PUTNAM, an individual,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PUTNAM LOVELL NBF SECURITIES, INC., a Delaware corporation, and NATIONAL BANK OF CANADA, a Canadian chartered bank; NATIONAL BANK FINANCIAL, INC., a Quebec corporation; and DOES 1-20, inclusive,<br><br>　　　　　　　　　　　　　Defendants. | Case No. C 05-1330 CW<br><br>**ORDER GRANTING AS MODIFIED STIPULATION GRANTING LEAVE FOR PUTNAM TO FILE HIS SECOND AMENDED COMPLAINT, SETTING DISCOVERY CUT-OFF DATE, AND REQUESTING RESET CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE FOR PUTNAM TO FILE HIS SECOND AMENDED COMPLAINT, SETTING DISCOVERY CUT-OFF DATE, AND REQUESTING RESET CASE MANAGEMENT CONFERENCE
CASE NO. C 05-1330 CW

377399.01

1    Plaintiff Donald H. Putnam ("Putnam") and defendants National Bank Financial, Inc., National Bank of Canada, and Putnam Lovell NBF Securities, Inc. (collectively, "Defendants") hereby stipulate to the following under Federal Rule of Civil Procedure 15 and Civil Local Rules 6-1, 6-2, and 7-12:

1.   The parties agree that the Court should grant Putnam leave, pursuant to Federal Rule of Civil Procedure 15(a), to file the Second Amended Complaint attached hereto as Exhibit A.

2.   The parties also agree that Defendants shall file their Answer to Putnam's Second Amended Complaint on or before August 18, 2006.

3.   The parties further agree that, due to the parties' mediation efforts, the anticipated filing of Putnam's Second Amended Complaint, the change in defendants' lead counsel and other exigencies, the date for completion of fact discovery and expert disclosure should be set for September 30, 2006, pending the next Case Management Conference.

4.   The parties also request that the next Case Management Conference, currently scheduled for September 15, 2006, be vacated and reset for the earliest possible date after July 31, 2006, for the Court and counsel to address other scheduling issues. The parties are discussing whether, in light of the discovery to be completed and the time spent to date on a good faith effort at mediation, one or both of them may ask the court to extend the trial date.

5.   Previous modifications to the schedule in this case related to the briefing and hearing of Defendants' motions to dismiss, an extension of time for Putnam to file his First Amended Complaint, and a previous request to extend the discovery cut-off and change the date of the last Case Management Conference.

---

1

STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE FOR PUTNAM TO FILE HIS SECOND AMENDED COMPLAINT, SETTING DISCOVERY CUT-OFF DATE, AND REQUESTING RESET CASE MANAGEMENT CONFERENCE
CASE NO. C 05-1330 CW

377399.01

IT IS SO STIPULATED.

Dated:  July 21, 2006                                                    KEKER & VAN NEST, LLP


By     /s/  Christopher C. Kearney
CHRISTOPHER C. KEARNEY
Attorneys for Plaintiff
DONALD H. PUTNAM

Dated:  July 21, 2006                                                    TORYS LLP


By:    /s/  Charles E. Dorkey III
CHARLES E. DORKEY III
Attorneys for Defendants
PUTNAM LOVELL GROUP NBF
SECURITIES, INC., NATIONAL BANK
OF CANADA, and NATIONAL BANK
FINANCIAL, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED, **EXCEPT THE CASE MANAGEMENT CONFERENCE WILL REMAIN SET ON SEPTEMBER 15, 2006, OR, IN LIEU OF AN APPEARANCE, PARTIES MAY SUBMIT A STIPULATION CONTINUING THE CASE DISPOSITIVE MOTION HEARING DATE, PRETRIAL CONFERENCE AND TRIAL DATES AFTER CONFERRING WITH THE COURTROOM DEPUTY.**

Dated:  8/1/06                                                    /s/ CLAUDIA WILKEN


_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE

2
STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE FOR PUTNAM TO FILE HIS SECOND
AMENDED COMPLAINT, SETTING DISCOVERY CUT-OFF DATE, AND REQUESTING RESET CASE
MANAGEMENT CONFERENCE
CASE NO. C 05-1330 CW

377399.01