LAW OFFICES
# KEKER & VAN NEST
### LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188

CHRISTOPHER C. KEARNEY
(415) 676-2272
cck@kvn.com

August 18, 2006

**VIA EFILING**

Honorable Edward M. Chen
U.S. District Court
Northern District of California
San Francisco Division
Courtroom C, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

    Re: *Putnam v. Putnam Lovell Group NBF Securities, Inc., et al.*
          *Case No. C 05-1330 CW*

Dear Judge Chen:

    I am following up on my August 14 letter to you. The parties have stipulated to a September 13, 2006, 10:30 a.m. hearing as a follow-up hearing on plaintiff's motion to compel. While the parties appear to have resolved most of the issues raised in plaintiff's motion to compel, the parties continue to meet and confer on a subset of those issues.

                  Respectfully Submitted,

                  CHRISTOPHER C. KEARNEY

CCK/msc

cc:    Charles E. Dorkey III, Esq. (via facsimile)

IT IS SO ORDERED THAT the hearing on Plaintiff's motion to compel is set for 9/15/06 at 10:30 a.m.

_____
Edward M. Chen, U.S. Magistrate Judge

IT IS SO ORDERED AS MODIFIED

379077.01