1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  CHRISTOPHER C. KEARNEY - #154101
   DANIEL E. JACKSON - #216091
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5  ckearney@kvn.com
   djackson@kvn.com
6
   Attorneys for Plaintiff
7  DONALD H. PUTNAM

8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13

14  DONALD H. PUTNAM, an individual,        Case No. C 05-1330 CW

                          Plaintiff,        **STIPULATION AND SCHEDULING**
15                                          **ORDER**
         v.
16
   PUTNAM LOVELL NBF SECURITIES,
17 INC., a Delaware corporation, and
   NATIONAL BANK OF CANADA, a
18 Canadian chartered bank; NATIONAL BANK
   FINANCIAL, INC., a Quebec corporation;
19 and DOES 1-20, inclusive,

20                       Defendants.

21

22

23

24

25

26

27

28

378835.01

STIPULATION AND [PROPOSED] SCHEDULING ORDER
CASE NO. C 05-1330 CW

1   Plaintiff Donald H. Putnam ("Putnam") and defendants National Bank Financial, Inc.,
2 National Bank of Canada, and Putnam Lovell NBF Securities, Inc. (collectively, "Defendants")
3 hereby respectfully stipulate, pursuant to this Court's order dated August 1, 2006, that in lieu of
4 the Further Case Management Conference currently set for September 15, 2006, the Court
5 should adopt the following schedule in this case:

| | |
|---|---|
| Completion of Fact Discovery: | November 15, 2006 |
| Disclosure of experts/reports: | November 22, 2006 |
| Completion of expert discovery: | December 15, 2006 |
| Dispositive Motions Hearing and FCMC: | December 22, 2006 |
| Final Pretrial Conference: | February 23, 2007 |
| Trial (8 days): | March 5, 2007 |

IT IS SO STIPULATED.

Dated: August 16, 2006            KEKER & VAN NEST, LLP


By   /s/  Christopher C. Kearney
     CHRISTOPHER C. KEARNEY
     Attorneys for Plaintiff
     DONALD H. PUTNAM

Dated: August 16, 2006            TORYS LLP


By:  /s/  Charles E. Dorkey III
     CHARLES E. DORKEY III
     Attorneys for Defendants
     PUTNAM LOVELL GROUP NBF
     SECURITIES, INC., NATIONAL BANK
     OF CANADA, and NATIONAL BANK
     FINANCIAL, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  8/22/06                              /s/ CLAUDIA WILKEN


By: _____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE