**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD H. PUTNAM, | No. C05-1330 CW  (EMC) |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| PUTNAM LOVELL GROUP NBF<br>SECURITIES, INC., et al., | |
| Defendants. | |

_____/

This Court, on its own motion, hereby recuses itself from any and all further proceedings in this matter.

IT IS SO ORDERED.

Dated:  October 31, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28