KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
CHRISTOPHER C. KEARNEY - #154101
DANIEL E. JACKSON - #216091
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
ckearney@kvn.com
djackson@kvn.com

Attorneys for Plaintiff
DONALD H. PUTNAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD H. PUTNAM, an individual, | Case No. C 05-1330 CW |
| Plaintiff, | **STIPULATION AND SCHEDULING ORDER** |
| v. | |
| PUTNAM LOVELL NBF SECURITIES, INC., a Delaware corporation, and NATIONAL BANK OF CANADA, a Canadian chartered bank; NATIONAL BANK FINANCIAL, INC., a Quebec corporation; and DOES 1-20, inclusive, | |
| Defendants. | |

In lieu of an updated Case Management Conference Statement, plaintiff Donald H. Putnam ("Putnam") and defendants National Bank Financial, Inc., National Bank of Canada, and Putnam Lovell NBF Securities, Inc. (collectively, "Defendants") hereby respectfully stipulate, that the Court should adopt the following schedule in this case:

| | |
|---|---|
| Completion of Fact Discovery: | February 16, 2007 |
| Disclosure of experts/reports: | February 23, 2007 |
| Completion of expert discovery: | March 22, 2007 |
| Dispositive Motions Hearing: | March 23, 2007 |
| Final Pretrial Conference: | May 18, 2007 |
| Trial (8 days): | June 4, 2007 |

IT IS SO STIPULATED.

Dated:  December 6, 2006                     KEKER & VAN NEST, LLP


By   /s/  Christopher C. Kearney_____
CHRISTOPHER C. KEARNEY
Attorneys for Plaintiff
DONALD H. PUTNAM

Dated:  December 6, 2006                     TORYS LLP


By:   /s/  Charles E. Dorkey III_____
CHARLES E. DORKEY III
Attorneys for Defendants
PUTNAM LOVELL GROUP NBF
SECURITIES, INC., NATIONAL BANK
OF CANADA, and NATIONAL BANK
FINANCIAL, INC.

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |

Dated:    12/6/07

By: _____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT COURT JUDGE