KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
CHRISTOPHER C. KEARNEY - #154101
DANIEL E. JACKSON - #216091
RACHEL A. FARBIARZ - #237896
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
ckearney@kvn.com
djackson@kvn.com
rfarbiarz@kvn.com

Attorneys for Plaintiff
DONALD H. PUTNAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD H. PUTNAM, an individual,<br><br>                      Plaintiff,<br><br>   v.<br><br>PUTNAM LOVELL GROUP NBF SECURITIES, INC., a Delaware corporation, and NATIONAL BANK OF CANADA, a Canadian chartered bank; NATIONAL BANK FINANCIAL, INC., a Quebec corporation; and DOES 1-20, inclusive,<br><br>                      Defendants. | Case No. C 05-1330 CW<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Judge:       Hon. Claudia Wilken<br>Courtroom:  2, 4th Floor<br><br>Date Comp. Filed:    March 4, 2005<br><br>Trial Date: November 27, 2006 |

375133.01

STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS
CASE NO. C 05-1330 CW

WHEREAS, Mr. Putnam incorrectly filed documents with docket numbers 60, 73, 74, and 75 on Friday, June 9, 2006.

WHEREAS, Mr. Putnam requests that the Court remove documents with docket numbers 60, 73, 74, and 75 from its docket and the Court's Electronic Case Filing System.

Mr. Putnam and Defendants AGREE and STIPULATE to the removal of documents with docket numbers 60, 73, 74, and 75 from the Court's docket and Electronic Case Filing System.

IT IS SO STIPULATED.

Dated: June 13, 2006     KEKER & VAN NEST, LLP

By: /s/ Rachel A. Farbiarz
RACHEL A. FARBIARZ
Attorneys for Plaintiff
DONALD H. PUTNAM

Dated: June 13, 2006     TORYS LLP

By: /s/ Christopher M. Caparelli
CHRISTOPHER M. CAPARELLI
Attorneys for Defendants
PUTNAM LOVELL NBF SECURITIES, INC.,
NATIONAL BANK OF CANADA and
NATIONAL BANK FINANCIAL, INC.

**ORDER**

Documents with the docket numbers 60, 73, 74, and 75 are hereby removed from the Court's docket and Electronic Case Filing System.

IT IS SO ORDERED.

Dated: ~~June XX, 2006~~

February 27, 2007

IT IS SO ORDERED
Judge James Larson

---

1

STIPULATION AND [PROPOSED] ORDER TO REMOVE INCORRECTLY FILED DOCUMENTS
CASE NO. C 05-1330 CW

375133.01