KEKER & VAN NEST, LLP
JOHN W. KEKER - #49092
CHRISTOPHER C. KEARNEY - #154101
DANIEL E. JACKSON - #216091
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
DONALD H. PUTNAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD H. PUTNAM, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PUTNAM LOVELL GROUP NBF SECURITIES, INC., a Delaware corporation, and NATIONAL BANK OF CANADA, a Canadian chartered bank; NATIONAL BANK FINANCIAL, INC., a Quebec corporation; and DOES 1-20, inclusive,<br><br>　　　　　　　　　　　　Defendants. | Case No. C 05-1330 CW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Dept:　　Courtroom 2, 4th Floor<br>Judge:　Hon. Claudia Wilken<br><br>Date Comp. Filed:　　March 4, 2005<br><br>Trial Date: Vacated |

**STIPULATION**

WHEREAS, Plaintiff and Defendants have executed a Settlement Agreement, and are in the process of carrying out the terms of the Settlement Agreement; and

WHEREAS, Plaintiff and Defendants anticipate that all actions relating to the settlement that are necessary prior to dismissal of this action can be completed by the end of April, 2007.

Plaintiff and Defendants AGREE AND STIPULATE that the Case Management Conference presently scheduled for March 30, 2007 at 1:30 p.m., be continued until May 1, 2007 at 2:00 p.m.

IT IS SO STIPULATED.

Dated:  March __, 2007                                         KEKER & VAN NEST, LLP


                                                               By:  /s/  Christopher C. Kearney
                                                                    CHRISTOPHER C. KEARNEY
                                                                    Attorneys for Plaintiff
                                                                    DONALD H. PUTNAM

Dated:  March __, 2007                                         TORYS LLP


                                                               By:  /s/ Charles E. Dorkey III
                                                                    CHARLES E. DORKEY III
                                                                    Attorneys for Defendants
                                                                    PUTNAM LOVELL GROUP NBF
                                                                    SECURITIES, INC., NATIONAL BANK
                                                                    OF CANADA, and NATIONAL BANK
                                                                    FINANCIAL, INC.

**ORDER**

The Case Management Conference presently scheduled for March 30, 2007 at 1:30 p.m., is hereby continued until May 1, 2007 at 2:00 p.m.

IT IS SO ORDERED.

3/27/07

HON. CLAUDIA WILKEN

1
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 05-1330 CW

392454.01