| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | JOHN W. KEKER - #49092 |
| 2 | CHRISTOPHER C. KEARNEY - #154101 |
| | DANIEL E. JACKSON - #216091 |
| 3 | 710 Sansome Street |
| | San Francisco, CA 94111-1704 |
| 4 | Telephone: (415) 391-5400 |
| | Facsimile: (415) 397-7188 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | DONALD H. PUTNAM |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONALD H. PUTNAM, an individual, | Case No. C 05-1330 CW |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE AS MODIFIED** |
| v. | |
| PUTNAM LOVELL GROUP NBF SECURITIES, INC., a Delaware corporation, and NATIONAL BANK OF CANADA, a Canadian chartered bank; NATIONAL BANK FINANCIAL, INC., a Quebec corporation; and DOES 1-20, inclusive, | Dept:    Courtroom 2, 4th Floor |
| | Judge:   Hon. Claudia Wilken |
| | Date Comp. Filed:   March 4, 2005 |
| | Trial Date: Vacated |
| Defendants. | |

**STIPULATION**

WHEREAS, Plaintiff and Defendants have executed a Settlement Agreement, and are in the process of carrying out the terms of the Settlement Agreement; and

WHEREAS, Plaintiff and Defendants now anticipate that all actions relating to the settlement that are necessary prior to dismissal of this action can be completed by the end of May, 2007.

Plaintiff and Defendants AGREE AND STIPULATE that the Case Management Conference presently scheduled for May 1, 2007 at 2:00 p.m., be continued until June 12, 2007 at 2:00 p.m.

IT IS SO STIPULATED.

Dated: April __, 2007                                    KEKER & VAN NEST, LLP


                                                         By:  /s/  Christopher C. Kearney
                                                             CHRISTOPHER C. KEARNEY
                                                             Attorneys for Plaintiff
                                                             DONALD H. PUTNAM

Dated: April __, 2007                                    TORYS LLP


                                                         By:  /s/ Christopher M. Caparelli
                                                             DAVID W.R. WAWRO
                                                             CHRISTOPHER M. CAPARELLI
                                                             Attorneys for Defendants
                                                             PUTNAM LOVELL GROUP NBF
                                                             SECURITIES, INC., NATIONAL BANK
                                                             OF CANADA, and NATIONAL BANK
                                                             FINANCIAL, INC.

**ORDER**

The Pretrial Conference set for May 18, 2007, and the Case Management Conference presently scheduled for May 1, 2007 at 2:00 p.m., are hereby continued until May 31, 2007, at 2:00 p.m. The trial is still set for June 4, 2007.

IT IS SO ORDERED.

1
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
CASE NO. C 05-1330 CW

394261.01

1 | 4/27/07

_____
HON. CLAUDIA WILKEN

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28