1  KEKER & VAN NEST, LLP
   JOHN W. KEKER - #49092
2  CHRISTOPHER C. KEARNEY - #154101
   DANIEL E. JACKSON - #216091
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Plaintiff
6  DONALD H. PUTNAM

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          OAKLAND DIVISION
11

12
   DONALD H. PUTNAM, an individual,        Case No. C 05-1330 CW
13
                              Plaintiff,   **STIPULATION OF DISMISSAL OF**
14                                         **ACTION WITH PREJUDICE; ORDER**
           v.
15
   PUTNAM LOVELL NBF SECURITIES,
16 INC., a Delaware corporation, and
   NATIONAL BANK OF CANADA, a
17 Canadian chartered bank; NATIONAL BANK
   FINANCIAL, INC., a Quebec corporation;
18 and DOES 1-20, inclusive,

19                          Defendants.

## STIPULATION

Plaintiff Donald H. Putnam ("Plaintiff") and defendants National Bank Financial, Inc., National Bank of Canada, and Putnam Lovell NBF Securities, Inc. (collectively, "Defendants") hereby stipulate as follows:

1. Plaintiff and Defendants agree that this action will be dismissed with prejudice.

2. Plaintiff and Defendants further agree that each of them shall bear its/his own attorneys' fees and costs in this litigation.

IT IS SO STIPULATED.

Dated: May 29, 2007                                     KEKER & VAN NEST, LLP


By: /s/ Christopher C. Kearney
CHRISTOPHER C. KEARNEY
Attorneys for Plaintiff
DONALD H. PUTNAM

Dated: May 29, 2007                                     TORYS LLP


By: /s/ Christopher M. Caparelli
DAVID W.R. WAWRO
CHRISTOPHER M. CAPARELLI
Attorneys for Defendants
PUTNAM LOVELL GROUP NBF
SECURITIES, INC., NATIONAL BANK
OF CANADA, and NATIONAL BANK
FINANCIAL, INC.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ____5/29/07_____

By: _____
HONORABLE CLAUDIA WILKEN
United States District Court Judge

1
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; [PROPOSED] ORDER
CASE NO. C 05-1330 CW

395855.01